IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERESA ROSS,

            Plaintiff,

v.

                                              Case No. 19-cv-969-jdp

ANDREW SAUL,
Commissioner of Social Security,

            Defendant.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul, Commissioner of Social Security against plaintiff Teresa Ross affirming the Commissioner's decision and dismissing this case.

      s/ K. Frederickson, Deputy Clerk                         7/22/2020
      Peter Oppeneer, Clerk of Court                            Date